[No. 5211-1. Division One. October 23, 1978.]

GEORGE E. TUERK, ET AL, *Respondents*, v. NORTHWEST BONDED MORTGAGE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 809746, William C. Goodloe, J., entered November 2, 1976. *Reversed* by unpublished per curiam opinion.

[No. 5514-1. Division One. October 23, 1978.]

JOHN RUSSELL ALLEN, *Respondent*, v. VELMA JEAN BARRETT ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 9211, Howard A. Patrick, J., entered March 4, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Green, J.

[No. 5585-1. Division One. October 23, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JAMES WATSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. GLEN ROBERT RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79574, Lloyd W. Bever, J., entered April 7, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.